INTERNATIONAL WATCH COMPANY, DEFENDANT IN ERROR, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, PLAINTIFF IN ERROR.

Argued July 11, 1911—Decided November 20, 1911.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 553.

For the plaintiff-defendant in error, *Sidney W. Eldridge.*

For the defendant-plaintiff in error, *Frederic B. Scott.*

PER CURIAM.

The judgment in this case is affirmed for the reasons stated by Mr. Justice Reed in delivering the opinion of the Supreme Court.

*53 Vroom.*         Keough v. Central R. R. Co.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ. 11.

*For reversal*—None.